

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00505-CV

**IN THE INTEREST OF A.S. III**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02152
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

SIGNED November 12, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice